

No. 11–0383/NA.  U.S. v. Gary W. Lumpkins, Jr.  CCA 201000554.  Review granted on the following issue:

DOES AN ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATION THAT FAILS TO EXPRESSLY ALLEGE EITHER POTENTIAL TERMINAL ELEMENT STATE AN OFFENSE UNDER THE SUPREME COURT'S HOLDINGS IN *UNITED STATES v. RESENDIZ–PONCE* AND *RUS-*

*SELL v. UNITED STATES*, AND THIS COURT'S OPINION IN *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011)?

No briefs will be filed under Rule 25.

No. 12–0148/AR. U.S. v. James O. Morris. CCA 20081169. Review granted on the following issue raised by appellate defense counsel:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM THE SPECIFICATION OF CHARGE IV CANNOT BE NECESSARILY IMPLIED FROM THE TEXT. IS THE CHARGE FATALLY DEFECTIVE?

And the following issue specified by the Court:

> WHETHER APPELLANT'S CONVICTION FOR ASSAULT AS A LESSER–INCLUDED OFFENSE OF INDECENT ASSAULT UNDER ARTICLE 134 MAY BE AFFIRMED WHERE THE ARTICLE 134 SPECIFICATION WAS DEFECTIVE UNDER *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

Briefs will be filed under Rule 25.

No. 12–0245/AR. U.S. v. Thomas A. Scott. CCA 20091087. Review granted on the following issue:

> WHEN THE GOVERNMENT FAILS TO ALLEGE AN ARTICLE 134 TERMINAL ELEMENT, THE CHARGE FAILS TO STATE AN OFFENSE UNLESS THE TERMINAL ELEMENT CAN BE "NECESSARILY IMPLIED" FROM THE LANGUAGE OF THE SPECIFICATION. THE MISSING TERMINAL ELEMENT FROM SPECIFICATION 2 OF CHARGE II CANNOT BE NECESSARILY IMPLIED FROM THE TEXT. IS THE CHARGE FATALLY DEFECTIVE?

Briefs will be filed under Rule 25.

No. 12–0252/AR. U.S. v. Jesse J. Bray. CCA 20100029. Review granted on the following issue:

> WHETHER SPECIFICATIONS 2 AND 5 OF CHARGE III FAIL TO STATE AN OFFENSE BECAUSE THEY DO NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

Briefs will be filed under Rule 25.

No. 12–0259/AR. U.S. v. Justin C. Wiesenhofer. CCA 20100041. Review granted on the following issue:

> WHETHER SPECIFICATIONS 3 THROUGH 5 OF CHARGE I FAIL TO STATE AN OFFENSE BECAUSE THEY DO NOT EXPRESSLY ALLEGE OR NECESSARILY IMPLY THE TERMINAL ELEMENT OF ARTICLE 134, UCMJ.

No briefs will be filed under Rule 25.